**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| Patricia Parker,<br><br>    Plaintiff,<br><br>v.<br><br>Capital Management Services, LP,<br><br>    Defendant. | Case No. 1:08-cv-03836-SLT-CLP<br><br><br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, by and through counsel, and gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Michelle Labayen*
Michelle Labayen
420 Lexington Ave
Suite 2132
New York, NY 10170
Tel: 866.339.1156
Fax: 312.822.1064
mal@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 30, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

Capital Management Services, LP
726 Exchange St., Suite 700
Buffalo, NY 14210


                                                 */s/ Michelle Labayen*