**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| Patricia Parker,<br><br>     Plaintiff,<br><br>v.<br><br>Capital Management Services, LP,<br><br>     Defendant. | Case No. 1:08-cv-03836-SLT-CLP<br><br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action

with prejudice pursuant to Fed. R. 41(a)(1)(A)(i).  This notice is being filed before Defendant has

served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Michelle Labayen*
Michelle Labayen
420 Lexington Ave
Suite 2132
New York, NY 10170
Tel: 866.339.1156
Fax: 312.822.1064
mal@legalhelpers.com
*Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on March 11, 2009, a copy of the foregoing Notice was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt. The following party was served via

regular U.S. mail:

Capital Management Services, LP
726 Exchange St., Suite 700
Buffalo, NY 14210

*/s/ Michelle Labayen*