

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 3 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| Patricia Parker,<br><br>   Plaintiff,<br><br>v.<br><br>Capital Management Services, LP,<br><br>   Defendant. | Case No. 1:08-cv-03836-SLT-CLP<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Michelle Labayen*
Michelle Labayen
420 Lexington Ave
Suite 2132
New York, NY 10170
Tel: 866.339.1156
Fax: 312.822.1064
mal@legalhelpers.com
*Attorney for Plaintiff*

The application is ☒ granted.
                   ___ denied.
SO ORDERED.

s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: March 12, 2009
       Brooklyn, New York

The Clerk of Court is directed to close this case.